IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
FILED: AUGUST 14, 2008
08CV4615
JUDGE KENNELLY
MAGISTRATE JUDGE BROWN
JFB
```

| | |
|---|---|
| SHIREE BOOKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  Civil Action No. |
| | ) |
| HARVARD COLLECTION SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

NOW COMES the Plaintiff, SHIREE BOOKER, by and through her attorneys, LARRY P. SMITH & ASSOCIATES, LTD., complaining against the Defendant, HARVARD COLLECTION SERVICES, INC., and alleging as follows:

### PRELIMINARY STATEMENT

1. This is an action for actual and statutory damages for violations of the Fair Debt Collection Practices Act (hereafter the "FDCPA"), 15 U.S.C. §1692, et seq.

### JURISDICTION AND VENUE

2. Jurisdiction arises under the Fair Debt Collection Practices Act, 15 U.S.C. §1692, et seq.

### PARTIES

3. Plaintiff, Shiree Booker, ("Plaintiff"), is an individual who was at all relevant times residing in the City of Chicago, State of Illinois.

4. At all relevant times herein, Defendant, Harvard Collection Services, Inc., ("Defendant") acted as a debt collector within the meaning of 15 U.S.C. §1692a(6) in that it held itself out to be a company collecting a debt allegedly owed to "Park Millennium Management," a Condominium Management Company for alleged damage to a property where Plaintiff had once resided.

5. Defendant is a corporation that has its principal place of business and its offices located in Chicago, Illinois.

## COUNT ONE
## VIOLATIONS OF THE FDCPA

6. Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length herein.

7. Defendant began collection of the aforementioned debt in part by placing the debt on Plaintiff's credit report.

8. Plaintiff had contacted Defendant by phone and advised defendant that she disputed the debt, and that she had moved out of the apartment long before any damage had been discovered.

9. Defendant also made numerous phone calls to Plaintiff demanding payment, and with each call, Plaintiff reiterated her dispute that she was not in the residence when any damage was caused. .

10. However, Defendant disseminated credit report information regarding the account and as in collections and failed to report that the account is currently disputed by Plaintiff.

11. Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. §1692 in one or more of the following ways:

    a. Communicated or threatened to communicate to any person credit information which is known or which should be known to be false, including the failure to communicate that a disputed debt is disputed in violation of 15 U.S.C. §1692e(8); and

    b. Was otherwise deceptive and failed to comply with the Fair Debt Collection Practices Act.

12. As a result of Defendant's violations as aforesaid, Plaintiff suffered and continues to suffer personal humiliation, embarrassment, mental anguish and emotional distress.

WHEREFORE, Plaintiff, SHIREE BOOKER, by and through her attorneys, respectfully prays for judgment as follows:

a. All actual compensatory damages suffered;

b. Statutory damages of $1,000.00 for Plaintiff;

c. Plaintiff's attorneys' fees and costs;

d. Any other relief deemed appropriate by this Honorable Court.

***PLAINTIFF REQUESTS A TRIAL BY JURY ***

Respectfully Submitted,
**SHIREE BOOKER**

By: ___s/Larry P. Smith___
   Attorney for Plaintiff

Larry P. Smith
Larry P. Smith & Associates, Ltd.
205 N. Michigan Ave., 40th Floor
Chicago, IL 60601
Ph. (312) 222-9028
Fax (312) 602-3911
e-mail lsmith@lpsmithlaw.com

3